Opinion issued August
27, 2010 

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-10-00644-CV

____________

 

TEXAS WINDSTORM INSURANCE ASSOCIATION, Appellant

 

V.

 

USAM 1 FUND LLC, Appellee

 



 

On Appeal from the 10th District Court

Galveston County, Texas

Trial Court Cause No. 09CV2031

 



 

MEMORANDUM
OPINION

Appellant Texas Windstorm Insurance
Association has filed an unopposed motion to dismiss the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P.
42.1(a) (1).








We overrule all other pending motions
as moot.  We direct the Clerk to issue the
mandate within 10 days of the date of this opinion.  See Tex. R. App. P. 18.1.

PER
CURIAM

Panel consists of Justices Jennings, Alcala, and Massengale.